Ruth Schikora Wayne, Appellee, v. Freeport Motor Casualty Company, Appellant.

Gen. No. 43,715.

opinion filed June 10, 1946; released for publication July 1, 1946. Eckert & Peterson, for appellant; Burt A. Crowe and Carl E. Abrahamson, of counsel; Joseph F. Elward, for appellee; Philip Conley, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.